UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| KADIAN NOBLE,<br><br>            Plaintiff,<br><br>      v.<br><br>HARVEY WEINSTEIN, BOB WEINSTEIN, and THE WEINSTEIN COMPANY,<br><br>            Defendants. | Case No.: 17-cv-09260-RWS<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted herewith, Plaintiff's Complaint and all documents incorporated by reference thereto and all facts and circumstances upon which the Court may take judicial notice, Defendants will move this Court, before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 on the 28th of February, 2018 at 11:00 a.m. or as soon thereafter as counsel can be heard, for an Order Pursuant to Fed.R.Civ.P. Rule 12(h)(1) and (2) and Fed.R.Civ.P. Rule 19, dismissing Plaintiff's Complaint in its entirety.

Dated:  January 30, 2018                                    KUPFERSTEIN MANUEL LLP

                                                            <u>/s/ Phyllis Kupferstein</u>
                                                            Phyllis Kupferstein
                                                            865 S. Figueroa St.
                                                            Suite 3338
                                                            Los Angeles, California 90017
                                                            (213) 988-7531 – Telephone
                                                            (213) 988-7531 – Telefax
                                                            pk@kupfersteinmanuel.com

1

2

MORRISON COHEN LLP
Mary E. Flynn
909 Third Ave.
New York, New York 10022
(212) 735-8600 – Telephone
(212) 735-8708 – Telefax
mflynn@morrisoncohen.com

*Attorneys for Defendant*
*Harvey Weinstein*