UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KADIAN NOBLE,

                Plaintiff,

  - against -

HARVEY WEINSTEIN, BOB WEINSTEIN, THE
WEINSTEIN COMPANY LLC, and WEINSTEIN
COMPANY HOLDINGS, LLC,

              Defendants.

----------------------------------X

17 Civ. 9260 (RWS)

ORDER



**Sweet, D.J.**

On January 30, 2018, Defendants The Weinstein Company LLC
("TWC") and Harvey Weinstein ("Weinstein") filed motions to
dismiss the complaint of Plaintiff Kadian Noble ("Plaintiff")
under Federal Rule of Civil Procedure 12(b)(6). Dkt. Nos. 35-36,
38-39. On February 7, 2018, the Court treated a letter from TWC
as a motion to stay discovery pending resolution of Weinstein's
and TWC's motions to dismiss. Dkt. No. 41. On February 20, 2018,
Plaintiff filed an amended complaint. Dkt. No. 48.

"[I]t is well established that an amended complaint
ordinarily supersedes the original, and renders it of no legal
effect." Jean-Laurent v. Wilkerson, 461 F. App'x 18, 23 (2d Cir.
2012) (alterations in original). "Once an amended pleading is
interposed, the original pleading no longer performs any
function in the case." Fredericks v. City of N.Y., No. 12 Civ.

1

3734 (RWS), 2012 WL 3667448, at *1 (S.D.N.Y. Aug. 27, 2012)

(quoting Azkour v. Haouzi, No. 11 Civ. 5780 (RJS) (KNF), 2012 WL

1681438, at *1 (S.D.N.Y. Apr. 25, 2012)).


Plaintiff's amended complaint was filed within the 21-day

period permitted "as a matter of course" under Federal Rule of

Civil Procedure 15(a)(1)(B). The amended complaint rendered the

complaint moot, which in turn made the pending motions to

dismiss moot. See Jean-Laurent, 461 F. App'x at 23. TWC's motion

to stay discovery pending resolution of the now-moot motions is,

consequently, also moot.


Accordingly, TWC's and Weinstein's motions to dismiss, as

well as TWC's motion to stay discovery, are denied as moot with

leave to renew. See Fredericks, 2012 WL 3667448, at *1

(collecting cases). The Clerk of Court is requested to close the

pending motions at docket entries 35, 38, and 41.


It is so ordered.


**New York, NY**
**February 2, 2018**

ROBERT W. SWEET
U.S.D.J.

2