UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| KADIAN NOBLE, | Case No.: 17-cv-09260-RWS |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO DISMISS BY DEFENDANT HARVEY WEINSTEIN** |
| HARVEY WEINSTEIN, BOB WEINSTEIN, THE WEINSTEIN COMPANY LLC, and WEINSTEIN COMPANY HOLDINGS, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted herewith, Plaintiff's Amended Complaint and all documents incorporated by reference thereto and all facts and circumstances upon which the Court may take judicial notice, Defendant Harvey Weinstein ("Weinstein") will move this Court, before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York  10007 on the 2nd of May, 2018 at 11:00 a.m. or as soon thereafter as counsel can be heard, for an Order Pursuant to Fed.R.Civ.P. Rule 12(h)(1) and (2) and Fed.R.Civ.P. Rule 19, dismissing Plaintiff's Amended Complaint in its entirety as to Weinstein, as well as for any other relief as the Court deems just and proper.

Dated:  Los Angeles, California
        March 27, 2018

        KUPFERSTEIN MANUEL LLP

        */s/ Phyllis Kupferstein*
        Phyllis Kupferstein
        865 S. Figueroa St.
        Suite 3338
        Los Angeles, California 90017
        (213) 988-7531 – Telephone
        (213) 988-7531 – Telefax
        pk@kupfersteinmanuel.com

        MORRISON COHEN LLP
        Mary E. Flynn
        909 Third Ave.
        New York, New York 10022
        (212) 735-8600 – Telephone
        (212) 735-8708 – Telefax
        mflynn@morrisoncohen.com

        *Attorneys for Defendant*
        *Harvey Weinstein*