UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KADIAN NOBLE,<br><br>                        Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN, BOB WEINSTEIN, THE WEINSTEIN COMPANY, LLC, and WEINSTEIN COMPANY HOLDINGS, LLC,<br><br>                        Defendants. | Case No.: 1:17-cv-09260-RWS<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Robert Weinstein's Motion to Dismiss Plaintiff's Amended Complaint, Defendant Robert Weinstein hereby moves this Court, before the Honorable Robert W. Sweet, in Courtroom 18C at the United States Courthouse, 500 Pearl St., New York, New York 10007, on a 27th day of June 2018 at 12:00p.m., for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing all claims brought against him with prejudice and granting any such further relief as this Court deems just and proper.

Dated: New York, New York
       May 15, 2018

SCHULTE ROTH & ZABEL LLP

By:   /s/ Gary Stein
      Barry A. Bohrer
      Gary Stein
      Brian T. Kohn
      Carly J. Halpin

      919 Third Avenue
      New York, NY  10022
      Telephone: 212.756.2000
      Facsimile: 212.593.5955
      E-mail: Gary.Stein@srz.com

*Attorneys for Defendant Robert Weinstein*