```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

KADIAN NOBLE,

                Plaintiff,
                                              17 Civ. 9260 (RWS)
     - against -
                                                  O R D E R

HARVEY WEINSTEIN, BOB WEINSTEIN, and
THE WEINSTEIN COMPANY,

                Defendants.
-----------------------------------------X
```

**Sweet, D.J.**

    Defendant Harvey Weinstein's motion for an order (a) certifying the Court's August 13, 2018 Opinion and Order, ECF No. 84, for Interlocutory Appeal under 28 U.S.C. § 1292(b), and (b) staying this action pending the resolution of the Interlocutory Appeal shall be heard at 12:00 PM on Wednesday, September 26, 2018 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**August 28, 2018**

                                    ROBERT W. SWEET
                                          U.S.D.J.