

Stuart Mermelstein, Esq.
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com
5200 Town Center Circle Suite 540
Boca Raton FL 33486
www.hermanlaw.com

January 25, 2019

*VIA ECF*
Honorable Robert W. Sweet
United States District Court
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

RE:   *Kadian Noble v. Harvey Weinstein et al.*, case no. 17 Civ.09260 (RWS)

Dear Judge Sweet:

We represent Kadian Noble, Plaintiff, in the above-referenced matter. Presently pending is Defendant Harvey Weinstein's Motion to Certify the August 13, 2018 Opinion and Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1291(b) et al. ("Motion to Certify") (ECF 88-90). That Motion had been set for hearing on October 10, 2018, but the hearing was cancelled by the Court due to a schedule conflict. We respectfully request that the Court set the Motion to Certify for hearing on February 20, 2019 at 12:00 p.m. The attorneys for Plaintiff and Defendant Harvey Weinstein are in agreement with that date and time, and we understand that the Court is available then.

Thank you for your attention to this matter.

Respectfully submitted,

Stuart Mermelstein

SM/led
cc:   Phyllis Kupferstein, Esq.
      Elior D. Shiloh, Esq.