UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KADIAN NOBLE,

                Plaintiff,

-against-

HARVEY WEINSTEIN, BOB WEINSTEIN,
AND THE WEINSTEIN COMPANY LLC,

                Defendants.

-----------------------------------------------------------x

17-cv-09260 (AJN)

**PROPOSED ORDER OF ATTORNEY WITHDRAWAL**

    **IT IS HEREBY ORDERED THAT,** attorney Scott R. Rabe, an attorney with the law firm of Seyfarth Shaw LLP, is hereby withdrawn as counsel for defendant The Weinstein Company Holdings, LLC. Seyfarth Shaw LLP still remains as counsel for defendant The Weinstein Company Holdings, LLC. The clerk is hereby directed to remove Mr. Scott R. Rabe from the Court docket and designate his status as terminated.

Dated: June 18, 2019
New York, New York

                                            s/ Scott R. Rabe
                                            Seyfarth Shaw LLP
                                            620 Eighth Avenue
                                            New York, New York  10018
                                            212 218-5500
                                            srabe@seyfarth.com
                                            Attorneys for Defendant

SO ORDERED.

_____
Honorable Alison J. Nathan
United States District Judge

57494310v.1