

Stuart Mermelstein
Tel 212-390-0100
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com
434 West 33rd Street, Penthouse
New York, NY 10001
- and -
1800 N. Military Trail, Suite 160
Boca Raton, FL  33431
www.hermanlaw.com

October 16, 2019

<u>Via ECF</u>
Honorable Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    *Kadian Noble v. Weinstein, et, al.,*
                Case No.17 Civ. 09260 (RWS):
                <u>**Second Request to Continue Pre-trial Conference, or in the Alternative, Allow Appearance by Telephone**</u>

Dear Judge Nathan:

      The undersigned attorneys for Plaintiff Kadian Noble respectfully request a continuance of the Pre-trial Conference scheduled for October 18, 2019, or in the alternative, to allow counsels' appearance by telephone, given the present status of settlement discussions.

      The pre-trial conference in this matter should be continued to a date in approximately 60 days. As indicated in the undersigned's letter of August 12, 2019 (DE 125), there continue to be active settlement discussions involving multiple diverse parties. There has been substantial progress in these settlement discussions in the past 60 days and Plaintiff has agreed to the terms of a settlement. The settlement will go through the Chapter 11 proceedings in *In Re The Weinstein Company Holdings, LLC*, 18-10601 (Bankr. D. Del), and requires court approvals. The undersigned submits that it would not be productive to engage in pre-trial matters given the status of settlement.

      Additionally, both counsel for Plaintiff and Defendant Weinstein have offices outside New York (in Florida and California), and would have to travel for the pre-trial conference. If the Court is not inclined to continue the pre-trial conference it is respectfully requested that Counsel for both parties be allowed to participate by telephone.

Honorable Alison J. Nathan
Page Two
October 16, 2019

      Defendant Weinstein's Counsel joins in the relief set forth in this letter request. Thank you for your consideration of this matter.

Respectfully submitted,

Stuart Mermelstein
HERMAN LAW
Attorney for Plaintiff
434 West 33rd Street, Penthouse
New York, NY 10010
Telephone: (212) 390-0100

cc: Phyllis Kupferstein, Esq.