

Stuart Mermelstein
Tel 212-390-0100
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com
434 West 33rd Street, Penthouse
New York, NY 10001
- and -
1800 N. Military Trail, Suite 160
Boca Raton, FL 33431
www.hermanlaw.com

**SO ORDERED:** 10/17/19

/s/ Alison J. Nathan

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

OCT 17 2019

October 16, 2019

> The Initial Pretrial Conference in this matter is adjourned *sine die*.
>
> The parties are ORDERED to file a joint letter advising the Court of the status of the settlement discussions, and any requisite court approval, no later than December 17, 2019.

Via ECF
Honorable Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: *Kadian Noble v. Weinstein, et, al.,*
Case No.17 Civ. 09260 (RWS):
**Second Request to Continue Pre-trial Conference, or in the Alternative, Allow Appearance by Telephone**

Dear Judge Nathan:

The undersigned attorneys for Plaintiff Kadian Noble respectfully request a continuance of the Pre-trial Conference scheduled for October 18, 2019, or in the alternative, to allow counsels' appearance by telephone, given the present status of settlement discussions.

The pre-trial conference in this matter should be continued to a date in approximately 60 days. As indicated in the undersigned's letter of August 12, 2019 (DE 125), there continue to be active settlement discussions involving multiple diverse parties. There has been substantial progress in these settlement discussions in the past 60 days and Plaintiff has agreed to the terms of a settlement. The settlement will go through the Chapter 11 proceedings in *In Re The Weinstein Company Holdings, LLC*, 18-10601 (Bankr. D. Del), and requires court approvals. The undersigned submits that it would not be productive to engage in pre-trial matters given the status of settlement.

Additionally, both counsel for Plaintiff and Defendant Weinstein have offices outside New York (in Florida and California), and would have to travel for the pre-trial conference. If the Court is not inclined to continue the pre-trial conference it is respectfully requested that Counsel for both parties be allowed to participate by telephone.