

Stuart Mermelstein
Tel 212-390-0100
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com
434 West 33rd Street, Penthouse
New York, NY 10001
- and -
1800 N. Military Trail, Suite 160
Boca Raton, FL 33431
www.hermanlaw.com

DEC 19 2019

December 17, 2019

Via ECF
Honorable Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

SO ORDERED: 12/18/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

RE:   *Kadian Noble v. Weinstein, et, al.*, Case No.17 Civ. 09260 (RWS):
      **Joint Status Letter Pursuant to Order dated Oct. 17, 2019 (ECF 128)**

Dear Judge Nathan:

The parties to the above-captioned action, through their undersigned counsel, submit this Joint Status Letter pursuant to the Court's Order dated October 17, 2019.

Parties involved in proceedings in multiple courts involving numerous parties have now signed a settlement term sheet. The agreement includes final settlement of this action brought by Kadian Noble. The settlement was widely reported in the press on December 11, 2019. Approvals of the settlement are required in the Chapter 11 bankruptcy case, *In Re The Weinstein Company Holdings, LLC*, 18-10601 (Bankr. D. Del.) (the "Bankruptcy Case"); and in *Geiss v. The Weinstein Company Holdings LLC*, et al., case no. 1:17-cv-09554-AKH, U.S. District Court, Southern District of New York (the "Class Action"). The settlement will be presented for approval in conjunction with a Chapter 11 plan in the Bankruptcy Case. A motion for approval of the settlement in the Class Action is being prepared by class counsel with the input of the New York Office of Attorney General. It is anticipated that the necessary papers will be filed in the Bankruptcy Case and the Class Action by the end of the current month. Given the nature of the bankruptcy and class action approval processes, it is anticipated that the settlement will be in a position to be closed approximately 90-120 days after the moving papers are filed.

SO ORDERED

Based on the foregoing, the parties in this case respectfully request that they be granted 120 days for filing of the next joint report concerning the status of court approvals. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Stuart Mermelstein                                /s/ Phyllis Kupferstein
Stuart Mermelstein                                    Phyllis Kupferstein
HERMAN LAW                                            KUPFERSTEIN MANUEL LLP
Attorney for Plaintiff                                Attorney for Defendant Harvey Weinstein