

Stuart Mermelstein
Tel 212-390-0100
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com
434 West 33rd Street, Penthouse
New York, NY 10001
      - and -
1800 N. Military Trail, Suite 160
Boca Raton, FL  33431
www.hermanlaw.com

August 11, 2021

**Via ECF**
Honorable Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    *Kadian Noble v. Weinstein, et, al.,* Case No.17 Civ. 09260 (RWS):
               **Joint Status Letter Pursuant to Order filed on April 14, 2021 (ECF 138)**

Dear Judge Nathan:

      The parties to the above-captioned action, through their undersigned counsel, submit this Joint Status Letter pursuant to the Court's "so ordered" endorsement dated April 13, 2021 to the last Status Letter.

      Since the last Status Letter, Plaintiff Kadian Noble has proceeded through the claims administration process for "Sexual Misconduct Claims" set forth in the confirmed Chapter 11 plan for the bankruptcy case, *In Re The Weinstein Company Holdings, LLC*, 18-10601 (Bankr. D. Del.) Based on estimates provided to Plaintiff's counsel, it is anticipated that an administrative determination will be made on Plaintiff's claim in the next 90 days.  Under the Plan, once the amount to be paid from the fund to a creditor holding a Sexual Misconduct Claim is administratively determined, the claimant will have the option of receiving the full liquidated value assigned to the claim in exchange for a full release that includes Harvey Weinstein, or 25% of this amount if the claimant elects not to release Harvey Weinstein individually.  If the Plaintiff chooses the former course of action, this case will be voluntarily dismissed with prejudice.  If Plaintiff chooses the latter option, this action will proceed against Defendant Harvey Weinstein, and Plaintiff will at that time request a scheduling order for the continuation of these proceedings.   Plaintiff anticipates that she will receive the administrative determination of her claim and be in a position to make this election within 120 days of the present date.  If Plaintiff chooses the latter option, Defendant Weinstein reserves the right to seek a further stay of these proceedings based on the status at that time of the California and New York state court criminal proceedings against him.

Honorable Alison J. Nathan  
Page Two  
August 11, 2021

      Based on the foregoing, the parties suggest that another joint status report be due in this case in 120 days. Thank you for your consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| _/s/ Stuart Mermelstein_ | _/s/ Phyllis Kupferstein_ |
| Stuart Mermelstein | Phyllis Kupferstein |
| HERMAN LAW | KUPFERSTEIN MANUEL LLP |
| Attorney for Plaintiff | Attorney for Defendant Harvey Weinstein |