

VOICE FOR VICTIMS
HERMAN LAW

Stuart Mermelstein
Tel 212-390-0100
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com
434 West 33rd Street, Penthouse
New York, NY 10001
- and -
1800 N. Military Trail, Suite 160
Boca Raton, FL 33431
www.hermanlaw.com

January 4, 2022

**Via ECF**
The Honorable Alison J. Nathan
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> RE: *Kadian Noble v. Weinstein, et, al.,* Case No.17 Civ. 09260 (RWS):
> **Unopposed Letter Motion for Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2)**

Dear Judge Nathan:

In this Letter Motion, Plaintiff respectfully requests dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). As stated in prior status updates to the Court, Plaintiff was participating in the claims resolution process in The Weinstein Company bankruptcy case, *In Re The Weinstein Company Holdings, LLC*, 18-10601 (Bankr. D. Del.). Plaintiff has agreed to a resolution of her claim in the bankruptcy in which she has released her claims against Harvey Weinstein.

The release of Harvey Weinstein fully resolves the Plaintiff's claims in this matter. Defendants The Weinstein Company, LLC and Weinstein Holdings Co., LLC, received a release and discharge through its Chapter 11 confirmed plan of liquidation. Defendant Robert Weinstein was dismissed from the case by the Court's Opinion issued on August 14, 2018. (ECF no. 84). Since the matter is now fully resolved, Plaintiff respectfully requests an order of dismissal with prejudice, with each side to bear their own fees and costs. Defendant Harvey Weinstein, through his attorney, Phyllis Kupferstein, consents to this voluntary dismissal with prejudice.

Thank you for your consideration of this Letter Motion.

Respectfully submitted,

Stuart Mermelstein

SM/gj
cc: Phyllis Kupferstein, Esq.